# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Mahmoud A.,

Petitioner,

v.

Kristi Noem Secretary, U.S. Department of Homeland Security; Todd M. Lyons; and David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement,

Respondents.

Case No. 26-cv-0345 (JRT/DJF)

**ORDER**

Petitioner Mahmoud A. has filed a petition for a writ of habeas corpus. It appears that another habeas corpus petition may have been filed on behalf of the same petitioner earlier today. *See Mahmoud A. v. Bondi*, No. 26-cv-0332 (JMB/ECW) (D. Minn.). If so, then any claims raised in this action almost certainly can be raised in the prior action, and there is no need for parallel, duplicative habeas proceedings.

Accordingly, Petitioner is directed to inform the Court by no later than 9:00 p.m. tomorrow whether he is the subject of the habeas petition initiating Case No. 26-cv-0332 (JMB/ECW). Finally, if Petitioner is the subject of the earlier habeas petition, then he should explain why this matter should not be dismissed without prejudice as duplicative of the prior action.

SO ORDERED.

Dated: January 15, 2026

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge